IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CHARLES MASON WHITLEY,

    Petitioner,

vs.

JOSE VASQUEZ, Warden,

    Respondent.

CIVIL ACTION NO.: CV205-207

## ORDER

Petitioner has filed a Motion for Immediate Remedy without further delay and within three (3) days. (Doc. 11.) Petitioner's motion is **DISMISSED**. Petitioner's motion for habeas relief will be reviewed and considered in the usual court of the business of the Court.

**SO ORDERED**, this 1st day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)