IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CHARLES MASON WHITLEY,

    Petitioner,

vs.

JOSE VASQUEZ, Warden,

    Respondent.

CIVIL ACTION NO.: CV205-207

## ORDER

Petitioner has moved this Court to issue a Temporary Restraining Order and/or Preliminary Injunction in his petition for habeas corpus relief filed pursuant to 28 U.S.C. § 2241. He is requesting that the Court issue such an Order enjoining Respondent and his agents from, *inter alia,* "any act or activity which retains or hold (Plaintiff) as surety to satisfy any and all losses, fees, cost and restitution in criminal action number 3:04CR133LN filed in the UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF MISSISSIPPI, JACKSON DIVISION." The Government has filed a response. In the absence of a showing of an exceptional circumstance wherein there is the possibility of irreparable injury, the Court is not inclined to issue a Restraining Order and/or Preliminary Injunction. Petitioner has not met his burden of persuasion to obtain injunctive relief. Accordingly, Petitioner's Motion for issuance of a Temporary Restraining Order and/or Preliminary Injunction is hereby **DENIED**.

**SO ORDERED**, this 23 day of January, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)