IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CHARLES MASON WHITLEY,

    Petitioner,

vs.

JOSE VASQUEZ, Warden,

    Respondent.

CIVIL ACTION NO.: CV205-207

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which "Objections" have been filed. There is nothing in Whitley's Objections which is responsive to the Magistrate Judge's Report. Much like his original petition, Whitley's response to the Magistrate Judge's Report is nonsensical rambling prose.

Whitley's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Whitley's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. Whitley's Motion for Summary Judgment is likewise **DISMISSED**. The Clerk is hereby authorized and directed to enter the appropriate Judgment of Dismissal.

SO ORDERED, this 3rd day of April, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)